UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In RE: | ) | | |
|     Jose Pittol | ) | Case No.: | 18-40038 edk |
| | ) | | |
| Debtor. | ) | Chapter: | 11 |
| | ) | | |

## COUNSEL TO THE DEBTOR'S MOTION TO APPEAR TELEPHONICLY

**NOW COMES,** Robert W. Kovacs, Jr., counsel to the Debtor, Jose Pittol, and requests to appear telephonicly at the hearings now set for July 20, 201 at 11:30 AM. In support thereof, counsel states as follows:

(1) The Court has rescheduled hearings originally set for July 17, 2018 to July 20, 2018 at 11:30 AM.

(2) The matters to heard on July 20, 2018 are:

    [55] Motion filed by Debtor Jose M. Pittol for Use of Cash Collateral

    [56] Motion filed by Creditor U.S. Bank National Association for Relief from Stay

    [81] Amended Re: [56] Motion for Relief From Stay filed by Creditor U.S. Bank National Association

(3) Counsel for the Debtor has §341 meetings and a Court hearing at the Juvenile Court in Dudley, throughout the entire day on July 20, 2018.

(4) The Juvenile Court hearing in Dudley will not be able to be rescheduled.

(5) Counsel for the Debtor will be available to appear at the hearings in this matter telephonically.

(6) If in the Court's discretion the Court prefers to reschedule the hearing, counsel notes that he can be available anytime the week starting July 23, 2018 but will be out of the office from July 30, 2018 until August 10, 2018.

**WHEREFORE,** Counsel requests that this Honorable Court:

a. Allow counsel to appear telephonically at the above referenced hearing;

b. Alternatively rescheduled the hearings and continue the use of cash collateral through the date of the rescheduled hearing; and

c. Order any other relief that is fair and equitable.

Dated: July 14, 2018

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Bar No.: 671497
Kovacs Law, P.C.
131 Lincoln Street
Worcester, MA 01605
Telephone No.: (508) 926-8833
E-mail: Robert@KovacsLawFirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In RE: | ) | | |
|    Jose M. Pittol | ) | Case No.: | 18-40038-EDK |
|  | ) | | |
| Debtor. | ) | Chapter: | 11 |
|  | ) | | |

Certificate of Service

I hereby certify that, upon information and belief, the above was electronically served via the CM/ECF System of the United States Bankruptcy Court for the District of Massachusetts upon the following CM/ECF Participates:

- United States Trustee
- Jason **Giguere for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1**
- **Richard T. Mulligan for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1**
- Joshua **Ryan-Polczinski for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1**
- **Jason Giguere for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1**

**Manuel Notice List**

I further certify that I, on July 14, 2018 have served a copy of the same by first class mail, postage prepaid, on the non CM/ECF participates below.

Jose Pittol
33 Hastinig Street
Marlboro, MA 01752

Dated:        July 14, 2018

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.